UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CLAUDE CADET,

       Plaintiff,

v.

BORINQUEN HEALTH
CARE CENTER, INC.,

       Defendant.
_____/

## **COMPLAINT**

Plaintiff, CLAUDE CADET, by and through the undersigned counsel, Todd W. Shulby, P.A., sues the Defendant, BORINQUEN HEALTH CARE CENTER, INC., and alleges as follows:

1. Plaintiff brings this action against Defendant to recover unpaid wages, compensation and damages.

2. Jurisdiction is conferred on this Court by Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §216(b) and 28 U.S.C. §§1331 and 1343.

3. The unlawful employment practices alleged below occurred and/or were committed within this judicial district.

4. At all times material hereto, Plaintiff has been a citizen and resident of this judicial district and within the jurisdiction of this Court.

5. At all times material hereto, BORINQUEN HEALTH CARE CENTER, INC., was Plaintiff's employer as defined by law and a corporation conducting business in this judicial district.

6. At all times material hereto BORINQUEN HEALTH CARE CENTER, INC., had employees engaged in commerce or in the production of goods for commerce, and/or had employees

handling, selling, or otherwise working on goods or materials that were moved in or produced for commerce by a person. 29 U.S.C. §203.

7. At all times material hereto, BORINQUEN HEALTH CARE CENTER, INC., upon information and belief, had revenue in excess of $500,000.00 per annum.

8. At all times material hereto, Plaintiff was individually engaged in commerce while working for Defendant.

## COUNT I: FLSA RECOVERY OF OVERTIME WAGES

9. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 8 above.

10. Plaintiff worked for Defendant from approximately September 2010 to December 2013.

11. Plaintiff worked for Defendant as a medical claims adjuster.

12. Plaintiff's primary duties and responsibilities included working on medical claims files.

13. Plaintiff was paid at a rate of $13.00 per hour.

14. During one or more workweeks, Defendant did not pay Plaintiff time and one half Plaintiff's regular rate of pay for overtime hours worked in violation of the FLSA, 29 U.S.C. §207.

15. Plaintiff was unlawfully denied overtime wages in violation of the FLSA, 29 U.S.C. §207.

16. By reason of the intentional, willful and unlawful acts of Defendant, Plaintiff has suffered damages, including liquidated, and will continue to incur costs and attorneys' fees.

17. Plaintiff is owed an additional amount equal to the amount of unpaid overtime wages as liquidated damages.

WHEREFORE, Plaintiff hereby demands judgment against Defendant for all unpaid wages, liquidated damages, attorney's fees and costs and demands a trial by jury for all issues so triable.

## TRIAL BY JURY

Plaintiff demands a trial by jury on all issues so triable.

## NOTICE OF CONSENT TO JOIN

I, CLAUDE CADET, hereby consents, pursuant to 29 U.S.C. §216(b), to become a party Plaintiff in this action and to be represented by Todd W. Shulby, P.A., pursuant to the terms of the Attorney/ Client Agreement and Notice of Attorney's Fees and Costs Lien and Limitation of Client's Right to Settle. I further declare that the foregoing allegations are true and correct to the best of my knowledge and belief.

_____
CLAUDE CADET, as Plaintiff

_____
DATE

Respectfully submitted,

TODD W. SHULBY, P.A.
2800 Weston Road, Suite 101
Weston, Florida 33331
Telephone No.: (954) 530-2236
Facsimile No.: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Counsel for Plaintiff

By: /s/ *Todd W. Shulby, Esq.*
Todd W. Shulby, Esq.
Florida Bar No.: 068365